UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| SILVANA PACHECO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:15-cv-00025 |
| JPMORGAN CHASE BANK, N.A., ALIAS | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Silvana Pacheco and Defendant JPMorgan Chase Bank, N.A. that any and all claims asserted in the above-captioned matter against Defendant JPMorgan Chase Bank, N.A. and any and all claims that could have been asserted therein, are and shall be hereby dismissed with prejudice, with each party to pay its own costs, expenses, and attorneys' fees, and with each party waiving any and all right of appeal.

/s/ John B. Ennis__
John B. Ennis 2135
1200 Reservoir Avenue
Cranston, RI 02920
(p): 401.943.9230
*Attorney for Plaintiff Silvana Pacheco*

*Plaintiff*

/s/ Wayne E. George__
Wayne E. George 8151
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street, 16th Floor
Boston, MA 02110
(p): 617.341.7748
wgeorge@morganlewis.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

*Defendant*

DB1/ 84725976.1